**Order entered December 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00651-CV

## IN THE INTEREST OF R.M. AND R.M., CHILDREN

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-52721-07**

## ORDER

We **REINSTATE** this appeal which we abated December 14, 2015 to allow the trial court an opportunity to conduct a hearing to determine if the reporter's record filed October 5, 2015 accurately reflects and contains the exhibits admitted at trial. We **GRANT** appellant's December 16, 2015 emergency motion to extend the deadlines in that order and **RESET** the deadlines as follows:

1.   **the hearing shall be held no later than February 1, 2016**; and,

2.   **the reporter's record** from the hearing **and** the **supplemental clerk's record** containing the trial court's findings of fact from the hearing **shall be filed no later than February 5, 2016.**

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable John Roach, Jr., Presiding Judge of the 296th Judicial District Court; Janet L. Dugger, Official Court Reporter of the 296th Judicial District Court; Yoon Kim, Collin County District Clerk; and the parties.

We again **ABATE** the appeal to allow the trial court an opportunity to conduct the hearing. The appeal shall be reinstated February 8, 2016 or when the reporter's record of the hearing and the supplemental clerk's record are filed, whichever occurs sooner.


/s/     CRAIG STODDART
           JUSTICE